```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA


LLOYD LINCOLN, AND CONNIE              CIVIL ACTION
LINCOLN

VERSUS                                 NO: 06-8650

STATE FARM FIRE AND CASUALTY           SECTION: "J"(5)
COMPANY, ET AL.
```

## ORDER AND REASONS

Before the Court is Plaintiff's **Motion to Remand (Rec. Doc. 5)**. State Farm Fire and Casualty Company ("State Farm") opposed this motion, which was set for hearing on January 17, 2007 on the briefs alone.  Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that for the same reasons set forth by the undersigned in <u>Levy v. Axis Surplus Insurance Company, et al.</u>, 06-5732 (Rec. Doc. 12) in his adoption of Chief Judge Berrigan's decision in <u>Levy v. Axis Surplus Insurance Company, et al.</u>, 06-5733 (Rec. Doc. 11), relating to the improper joinder of adjusters ACIS and Mike Tusa, Plaintiff's motion to remand should be denied and the claims against adjusters Janisse Brinkley and Ronald Horst should be dismissed.  Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Remand (Rec. Doc. 5)** should be and hereby is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiffs' claims against

1

Janisse Brinkley and Ronald Horst are hereby **DISMISSED**.

New Orleans, Louisiana this 23rd day of January, 2007.

*/s/ Carl J. Barbier*

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE